47 A.3d 1174

**Dante OVERBY, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA, Respondent.**

**No. 72 EM 2012.**

Supreme Court of Pennsylvania.

July 5, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of July, 2012, the Application for Leave to FIle Original Process, the Petition for Writ of Mandamus and/or Extraordinary Relief, and the Petition for an Immediate Hearing are *DISMISSED. See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representa-

tion improper). The Prothonotary is directed to forward the filings to counsel of record.